No. 04–6618. MARTINI v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6634. AMESBURY v. DEAN, SHERIFF, MARION COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6635. JENKINS v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 04–6641. STEELE v. RANDLE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6644. KLINGER v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 04–6648. BUIE v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–6656. WRIGHT v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6659. TAYLOR v. YARBROUGH, SHERIFF, WALTON COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6662. DUNCAN v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6663. COLLINS v. CITIBANK (SOUTH DAKOTA), N. A. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–6666. IN SOO CHUN v. KING COUNTY DEPARTMENT OF JUDICIAL ADMINISTRATION. Ct. App. Wash. Certiorari denied.

No. 04–6668. MOORE v. KELLY, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY. C. A. 5th Cir. Certiorari denied.